■ ARTHUR T. DAVIDSON, Appellant, v COLUMBIA UNIVERSITY et al., Respondents.—In an action *inter alia* to recover damages for breach of contract, plaintiff appeals from a judgment of the Supreme Court, Westchester County, entered March 26, 1976 (the notice of appeal has been treated as valid pursuant to CPLR 5520 [subd (c)]), which is in favor of defendants, after a nonjury trial. Judgment affirmed, with costs. We agree with Trial Term that if there was any breach in this case it was by the plaintiff, and that, in any event, plaintiff has not shown any damages as the result of the termination of his employment. Latham, Acting P. J., Margett, Rabin, Titone and Hawkins, JJ., concur.

■ EAST NEW YORK SAVINGS BANK, Appellant, v CARLINDE REALTY CORP. et al., Respondents, et al., Defendants.—In an action to foreclose a mortgage on real property, plaintiff appeals from an order of the Supreme Court, Queens County, dated April 5, 1976, which, *inter alia,* denied its motion for summary judgment. Order reversed, on the law, with one bill of $50 costs and disbursements against respondents Reference Realty Corp. and Dillworth, and plaintiff's motion for summary judgment is granted. No fact issues were presented for review. Defendants do not contest the execution and validity of the mortgage or deny the plaintiff's performance thereunder. They concede nonpayment of water charges for the period June 26, 1972 to June 26, 1973, nonpayment of real estate taxes totaling almost $15,000 and nonpayment of a quarterly installment of principal and interest. By the terms of the mortgage agreement, any one of these defaults gave plaintiff the right to accelerate the indebtedness. We have examined the motion papers for a meritorious defense, but find none. Hopkins, Acting P. J., Martuscello, Cohalan, Damiani and Shapiro, JJ., concur.